**EXHIBIT G**

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제41호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2025 - 1665

# NOTARIAL CERTIFICATE

## YUIL LAW & NOTARY OFFICE Inc.

264, Seocho-daero,
Seocho-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡

Issuance Confirmation Number: 1341-1545-0636-2435

# Resident Registration Record
(Transcript of Canceled Record)

This transcript certifies that it accurately reflects the original content of the canceled individual resident registration record.
Responsible Officer: Yu-jeong Lee    Phone: 02-3396-6740
Applicant: Geun-woo Lee    (May 19, 1971)
Purpose: Claims, Liability


Voice Conversion Service

May 21, 2025

Head of Dasan-dong Office in Dasan-dong, Jung-gu, Seoul

This paper contains anti-counterfeiting features.

| Name (Chinese characters) | Kyung-hee Kim (金京姬) | Resident Registration Number | 560527-2****** |
|---|---|---|---|

**Changes in Personal Information**

= Blank =

"No corrections to the resident registration numbers"

| Number | Address | Date of Occurrence/Report Date    Relationship to the Head of Household  Reason for Modification to Registration Status |
|---|---|---|
|  | Current Address: 18 Hancheon-ro 11-gil, Dongdaemun-gu, Seoul (Dapsimni-dong) | --------------- September 1, 2022  Canceled by Authority |

= Blank space below =

## Head of Dasan-dong Office in Dasan-dong, Jung-gu, Seoul

Certificates without properly affixed revenue stamps cannot be guaranteed for their validity.

"Love for Materials, Love for Country"

1. The individual or household members can view or receive resident registration records free of charge at Government24 (www.gov.kr).
2. The authenticity of this document may be verified using the above issuance confirmation number at Government24 (www.gov.kr) for 90 days from the date of issuance.
3. The official seal affixed may be replaced by an electronically printed seal in accordance with the "Regulations on the Efficient Operation of Administrative Affairs." In this case, the color of the official seal may be red or black.
4. For foreigners or overseas Koreans, alien registration numbers or domestic residence report numbers are recorded instead of resident registration numbers.
5. Accurate family relationships shall be confirmed through family relationship certificates, not through the relationship with the head of household shown on transcripts of resident registration records.

[No next page]

Jung-gu
KRW 500
2025.5.21
DSD1001
Revenue stamp issuance time: 14:54:15.706

of the Dasan-dong Head
Integrated Civil Service (2)

1136488.1


발급확인번호: 1341-1545-0636-2435

이 초본은 말소된 개인별 주민등록표의 원본 내용과 틀림없음을 증명합니다
담당자: 이유정  전화:02-3396-6740
신청인: 이근우  (1971-05-19)
용도 및 목적: 채권.채무

# 주 민 등 록 표
## ( 말소자 초본 )

2025년 5월 21일
서울특별시 중구 다산동장

이 용지는 위조식별 표시가 되어있음.

| 성 명(한자) | 김경희 | （金京姬） | 주민등록번호 | 560527-2****** |

인 적 사 항 변 경 내 용

== 공 란 ==

"주민등록번호 정정내역 없음"

| 번호 | 주 소 | 발생일 / 신고일 변 동 사 유 | 세대주및관계 등록상태 |
|---|---|---|---|
| 현주소: | 서울특별시 동대문구 한천로11길 18 (답십리동) | ---------- 2022-09-01 | 직권말소 |

== 이 하 여 백 ==

※ 1. 본인이나 세대원은 정부24(www.gov.kr)에서 무료로 주민등록표를 열람하거나 교부받을 수 있습니다.
2. 정부24(www.gov.kr)에서 위 발급확인번호로 내용의 진위여부를 발급일로부터 90일까지 확인할 수 있습니다.
3. 직인이 은 「행정업무의 효율적 운영에 관한 규정」에 따른 전자이미지관인을 인쇄하는 것으로 갈음할 수 있고, 이 경우 직인의 날인 및 관인의 색채와는 상관이 없습니다.
4. 외국인은 외국국적동포(국내거소신고자가 연명이 되지 아니한 등록외국인증명도 증명서 주소별 호가 기재됩니다.
5. 정확한 가족관계는 주민등록표 등·초본상 세대주와 관계가 아닌 가족관계증명서 등으로 확인하여야 합니다. [다음장없음]

서울특별시 중구 다산동장

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제45호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다.<br><br>2025년 09월 03일<br><br>서약인  김보정  | I swear that the attached translation is true to the original.<br><br>Sep. 3, 2025<br><br>Signature  Kim Bo Jeong |

등부 2025 년 제 1665호

# 인  증

위 번역자 김보정------------ 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.

------------------------------
------------------------------

2025년 09월 03일
   이 사무소에서 위 인증한다.

공증인가 **법무법인 유일**

서울중앙지방검찰청

서울시 서초구 서초대로 264
(법조타워 2층)

공증담당변호사
      정 호 길

Registered No.  2025-1665

# Notarial Certificate

KIM BO JEONG --------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.

------------------------------
------------------------------

This is hereby attested on this 3rd day of Sep. 2025 at this office.

**YUIL LAW
& NOTARY OFFICE Inc.**

Seoul Central  District Prosecutor's Office

264, Seocho-daero,
Seocho-gu, Seoul, Korea

Signature of the Notary Public
Jung Ho Gil

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 7, Feb. 2025 Under Law No.20.

210mm X 297mm
보존용지(1종) 70g/㎡