UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

KOREA DEPOSIT INSURANCE
CORPORATION,

          Plaintiff,

v.

KYUNG-HEE KIM,

          Defendant.

CASE NO.: 1:25-cv-01518

### DECLARATION OF SANGYOON NATHAN PARK

I, Sangyoon Nathan Park, hereby declare:

1.      I am an attorney of the law firm Kibler Fowler & Cave LLP, counsel for Plaintiff Korea Deposit Insurance Corporation ("KDIC") in the above-captioned matter. I make this declaration in support of KDIC's Motion for Summary Judgment seeking recognition of foreign-country money judgments pursuant to Virginia's Uniform Foreign-Country Money Judgments Recognition Act. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the December 23, 2005 judgment of the Uijeongbu District Court in Case No. 2005 Gadan 10128 (the "Initial Judgment"), together with a certified translation.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the January 8, 2016 payment order of the Seoul Central District Court in Case No. 2015 Chajeon 326934 (the "Payment Order", and together with the Initial Judgment, the "Korean Judgments").

4.      Attached hereto as **Exhibit C** is a document titled "Promissory Note," through which Defendant Kyung-Hee Kim executed a guarantee obligation (the "Guarantee"), together

1205596.2

with a certified translation.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the March 28, 2005 petition filed by Gyeonggi Mutual Savings Bank to effectuate service by publication, together with a certified translation.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the website of the Supreme Court of the Republic of Korea showing the status of the service of the Initial Judgment, together with translation.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the website of the Supreme Court of the Republic of Korea showing the status of the service of the Payment Order, together with translation.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the Resident Registration Record of Kyung-Hee Kim, dated May 21, 2025.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the docket record for 2005 Gadan 10128, available at the website of the Supreme Court of the Republic of Korea, together with translation.

10.      Attached hereto as **Exhibit I** is a true and correct copy of the docket record of 2015 Chajeon 326934, available at the website of the Supreme Court of the Republic of Korea, together with translation.

11.      Attached hereto as **Exhibit J** is a true and correct copy of the docket record of 2026 Gadan 32040, available at the website of the Supreme Court of the Republic of Korea, together with translation.

12.      Attached hereto as **Exhibit K** is a true and correct copy of Defendant Kyung-Hee Kim's Responses to Plaintiff's First Set of Requests for Admission.

13.    Between August 31, 2005, and April 11, 2006, Mirim made partial payments totaling KRW 29,390,110, but no further payments have been made by Mirim or any other defendant in the Initial Lawsuit.

14.    Neither Mirim nor any other judgment debtor, including Defendant, has made any further payments on the Payment Order since its issuance.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 6, 2026                    KIBLER FOWLER & CAVE LLP


_____
Sangyoon Nathan Park
VA State Bar No. 99755

270 Madison Avenue, Suite 1410
New York, New York 10016
(917) 909-6350
npark@kfc.law


*Attorneys for Plaintiff*


1205596.2                                    3