UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

KOREA DEPOSIT INSURANCE
CORPORATION,

          Plaintiff,

v.

KYUNG-HEE KIM,

          Defendant.

CASE NO.: 1:25-cv-01518

## **<u>DECLARATION OF SANGYOON NATHAN PARK</u>**

I, Sangyoon Nathan Park, hereby declare:

1. I am an attorney of the law firm Kibler Fowler & Cave LLP, counsel for Plaintiff Korea Deposit Insurance Corporation ("KDIC") in the above-captioned matter. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. Currently, the final pre-trial conference in this matter is scheduled for March 19, 2026 at 10 a.m., with Rule 26(a)(3) disclosures and a list of exhibits and witnesses to be called at trial due to be submitted to the Court by March 12, 2026. *See* ECF No. 11.

3. On February 6, 2026, KDIC filed a Motion for Summary Judgment. *See* ECF No. 19. The Court, following *Roseboro v. Garrison*, 529 F.2d 309 (4th Cir. 1975), granted additional time for Defendant to submit her opposition to KDIC's Motion for Summary Judgment. Accordingly, the Motion is currently scheduled to be heard on April 10, 2026. *See* ECF No. 26.

4. Counsel for KDIC conferred with Defendant, who agreed to continue the final pre-trial conference to April 23, 2026. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the email exchanged between parties, indicating this agreement.

1258354.1

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2026                                    KIBLER FOWLER & CAVE LLP


_____

Sangyoon Nathan Park
VA State Bar No. 99755

270 Madison Avenue, Suite 1410
New York, New York 10016
(917) 909-6350
npark@kfc.law


*Attorneys for Plaintiff*

2